UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL RAMOS ALVARADO,<br><br>Petitioner,<br><br>v.<br><br>TAE D. JOHNSON,<br><br>Respondent. | No.  1:26-cv-02711-DAD-CKD<br><br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER AS HAVING BEEN RENDERED MOOT<br><br>(Doc. Nos. 1, 4, 9) |

On April 10, 2026, petitioner John Michael Ramos Alvarado filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement ("ICE").  (Doc. No. 1.)  Petitioner alleges that he was previously paroled into the United States by DHS, and following a February 10, 2026 arrest for a DUI allegation, ICE re-detained him without any individualized determination.  (*Id.* at 1–2.)  Petitioner requests immediate release.  (*Id.* at 2.)  Also on April 10, 2026, petitioner filed an initial motion for temporary restraining order (Doc. No. 2), which the court denied without prejudice to its refiling (Doc. No. 7), and a motion to expedite ruling (Doc. No. 4).  Following appointment, counsel filed a second motion for temporary restraining order on behalf of petitioner on May 20, 2026.  (Doc. No. 9.)  On May 21, 2026, the court set a briefing schedule and ordered

1

that respondent substantively address whether any provision of law or fact in this case would distinguish it from this court's decisions in *Ayala Cajina v. Wofford*, No. 1:25-cv-01566-DAD-AC (HC), 2025 WL 3251083 (E.D. Cal. Nov. 21, 2025); *Perez v. Albarran*, No. 1:25-cv-01540-DAD-CSK (HC), 2025 WL 3187578 (E.D. Cal. Nov. 14, 2025); *Chavarria v. Chestnut*, No. 1:25-cv-01755-DAD-AC (E.D. Cal. Dec. 9, 2025); *Yang v. Kaiser*, No. 2:25-CV-02205-DAD-AC (HC), 2025 WL 2791778 (E.D. Cal. Aug. 20, 2025); *Quichimbo-Jimenez v. Warden, California City Correctional Center*, 2:26-cv-00739-DAD-EFB (HC), 2026 WL 679378 (E.D. Cal. Mar. 10, 2026); *Cardenas v. Chestnut*, et al., No. 1:26-cv-02073-DAD-SCR (HC), 2026 WL 785871 (E.D. Cal. Mar. 20, 2026); or *J.P.C. v. Chestnut, et al.*, 1:26-cv-02108-DAD-JDP, 2026 WL 788129 (E.D. Cal. Mar. 20, 2026).  (Doc. No. 10.)

On May 21, 2026, respondent filed an opposition to petitioner's second motion for temporary restraining order.  (Doc. No. 11.)  Therein, they state that "[r]espondent doesn't identify material differences between this case and those identified in the court's order."  (*Id.* at 1.)  Further, "[r]espondent doesn't oppose the Court ruling on the merits of the underlying petition.  (*Id.*)

Accordingly, pursuant to the court's reasoning as stated in the above-cited orders and which is adopted herein, the court will grant the petition for writ of habeas corpus.

For the reasons explained above,

1.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED;

    a.  Respondents are ORDERED to immediately release petitioner John Michael Ramos Alvarado, A-File No. 246-553-946, from respondent's custody on the same conditions he was subject to immediately prior to his recent re-detention;

    b.  Respondent is ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge where respondents will have the burden of demonstrating by clear and convincing evidence that petitioner is a danger to the community or a flight risk;

/////

2

2. Petitioner's motion for a temporary restraining order (Doc. No. 9) is hereby DENIED as having been rendered moot in light of this order;

3. Petitioner's motion to expedite (Doc. No. 4) is hereby DENIED as having been rendered moot by this order granting the pending petition;

4. The Clerk of the Court is directed to serve a copy of this order on the California City Correctional Center; and

5. The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and to CLOSE this case.

IT IS SO ORDERED.

Dated: **June 4, 2026**

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3